# JEWELRY INVENTORY

## DEBTOR: Rafael Agrazsanchez

| Quantity | Style of Jewelry | Description of Item | Estimated Value |
|---|---|---|---|
| | **Earrings** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Pearl | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Chains(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Gold Plated | | |
| | Silver Plated | | |
| | Other | | |
| | | | |
| | **Bracelet(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| | Other | | |
| | | | |
| | **Ring(s)** | | |
| | Platinum | | |
| | Gold | 10K  14K  18K  24K | |
| | Silver | | |
| | Precious Stones | (Specify Carat) | |
| 1 | Wedding Band | STAINLESS STEEL | 75.00 |
| | Other | | |
| | | | |
| | **Watch(es)** | Model: | |
| | | Model: | |
| | | Model: | |

- [X] Debtor's Total Value of Jewelry          $ 75.00
- [ ] Goods Secured by Liens with Creditor(s) _____   $ _____
- [ ] Debtor owns no Jewelry                             $ _____

Debtor/Spouse Initials: _RA_

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Jewelry inventory.doc

# FURNITURE INVENTORY

**Debtor(s) Name: Rafael Agrazsanchez**  FLORIDA

| Living Room | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa/Loveseat | 1 | 75.00 |
| Chairs | | |
| Recliners | | |
| Tables | | |
| TV | 1 | 100.00 |
| VCR/DVD | | |
| Stereo | | |
| Wall Unit | | |

| Dining Room | | |
|---|---|---|
| Item | Quantity | $ |
| Tables | 1 | 75 |
| Chairs | 4 | 75 |
| China Cabinets | | |
| China (sets) | | |

| Family Room/Computer | | |
|---|---|---|
| Item | Quantity | $ |
| Sofa | | |
| Chairs | | |
| Tables | | |
| Desk | | |
| Bookshelves/Wall units | | |
| Computer | | |
| Monitor | | |
| Printer/fax | | |
| TV | | |

| Kitchen | | |
|---|---|---|
| Item | Quantity | $ |
| Refrigerator | | |
| Stove | | |
| Microwave | | |
| Toaster Oven | | |
| Toaster | | |
| Other | | |

| Master Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 100.00 |
| Dresser/drawers | | |
| Mirror | | |
| Nightstands | 2 | 50 |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 2nd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 50 |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| 3rd Bedroom | | |
|---|---|---|
| Item | Quantity | $ |
| Bed | 1 | 50 |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

| Miscellaneous items | | |
|---|---|---|
| Item | Quantity | $ |
| Washer | | |
| Dryer | | |
| Patio set | | |
| BBQ | | |
| Lawnmower | | |
| Musical instruments | | |
| Other | | |

[X] Total Value of Unsecured Household Goods:     $ 650.00

[ ] Goods secured by liens with creditors: _____  $ _____
  _____  $ _____
  _____  $ _____

[X] Joint with [X] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ 325.00

[ ] Debtor owns no furniture _____

Debtor'(s) initials: _____

# FURNITURE INVENTORY

**Debtor(s) Name:** __Rafael Agrazsanchez__

CALIFORNIA

### Living Room

| Item | Quantity | $ |
|---|---|---|
| Sofa/Loveseat | 1 | 50.00 |
| Chairs | | |
| Recliners | | |
| Tables | 2 | 60.00 |
| TV | | |
| VCR/DVD | | |
| Stereo | | |
| Wall Unit | 2 | 70.00 |

### Dining Room

| Item | Quantity | $ |
|---|---|---|
| Tables | 1 | 50.00 |
| Chairs | 4 | 70.00 |
| China Cabinets | | |
| China (sets) | | |

### Family Room/Computer

| Item | Quantity | $ |
|---|---|---|
| Sofa | | |
| Chairs | | |
| Tables | | |
| Desk | | |
| Bookshelves/Wall units | | |
| Computer | | |
| Monitor | | |
| Printer/fax | | |
| TV | | |

### Kitchen

| Item | Quantity | $ |
|---|---|---|
| Refrigerator | | |
| Stove | 1 | 150.00 |
| Microwave | | |
| Toaster Oven | | |
| Toaster | | |
| Other | | |

### Master Bedroom

| Item | Quantity | $ |
|---|---|---|
| Bed | 1 | 50.00 |
| Dresser/drawers | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

### 2nd Bedroom

| Item | Quantity | $ |
|---|---|---|
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

### 3rd Bedroom

| Item | Quantity | $ |
|---|---|---|
| Bed | | |
| Dresser/drawer chest | | |
| Mirror | | |
| Nightstands | | |
| Armoire/wall unit | | |
| TV | | |
| VCR/DVD | | |

### Miscellaneous items

| Item | Quantity | $ |
|---|---|---|
| Washer | | |
| Dryer | | |
| Patio set | | |
| BBQ | | |
| Lawnmower | | |
| Musical instruments | | |
| Other | | |
| | | |
| | | |

[x] Total Value of Unsecured Household Goods:  $ 500.00

[ ] Goods secured by liens with creditors: _____  $ _____
_____  $ _____
_____  $ _____

[ ] Joint with [ ] non-filing spouse; or [ ] co-tenant. Debtor claims ½ interest $ _____

[ ] Debtor owns no furniture _____

Debtor'(s) initials: _RA_

S:\Forms\Bankruptcy\Chapter 7\Office Forms\Furniture Inventory-NEW.doc

## Cleaning Solutions
## Office Assets

| Description | Value | |
|---|---|---|
| Bookcases | $ | 200.00 |
| Desks | $ | 200.00 |
| Filing Cabinets | $ | 100.00 |
| SR Racks | $ | 200.00 |
| WH Racks | $ | 1,000.00 |
| Laptop | $ | 75.00 |
| Printer | $ | 50.00 |
| **Total** | **$** | **1,825.00** |

# Cleaning Solutions
# Inventory List

| Description | Cost | Quantity On Hand | Value |
|---|---:|---:|---:|
| BLEACH NEUTRALIZER POWDER 1 Lb | 17.50 | 2.00 | $35.00 |
| PH STABILIZER POWDER 1 Lb | 16.517 | 1.00 | $16.52 |
| DYE SET PENETRANT | 18.586 | 4.00 | $74.34 |
| Dye Fix | 17.931 | 4.00 | $71.72 |
| Dye Powder Extra Strenght 1 Lb | 22.73 | 9.00 | $204.57 |
| Professional Spot Dye Kit | 195.00 | 1.00 | $195.00 |
| CR-2 COLOR AND STAIN REMOVER 1 Lb | 17.241 | 4.00 | $68.96 |
| RHINO POWDER | 25.00 | 7.00 | $175.00 |
| All Solv | 5.92 | 2.00 | $11.84 |
| Avenge Clean Rinse | 8.99 | 9.00 | $80.91 |
| avenge hd fabric prespray | 9.26 | 10.00 | $92.60 |
| avenge fabric prespray | 10.58 | 8.00 | $84.64 |
| Buff All | 7.85 | 5.00 | $39.25 |
| Citrus Solv | 8.00 | 5.00 | $40.00 |
| End Zone | 12.10 | 0.00 | $0.00 |
| Fabric shampoo | 9.98 | 1.00 | $9.98 |
| Fiber Plus | 14.39 | 8.00 | $115.12 |
| Gum Gel | 5.00 | 1.00 | $5.00 |
| HD Fabric Prespray | 9.26 | 20.00 | $185.20 |
| hydrocide | 9.53 | 19.00 | $181.07 |
| Leather Degreaser | 5.00 | 4.00 | $20.00 |
| Leather Protector Cream | 5.00 | 1.00 | $5.00 |
| PIG | 4.00 | 1.00 | $4.00 |
| Point Blue | 12.54 | 8.00 | $100.32 |
| Power Point | 9.92 | 10.00 | $99.20 |
| Solvent Clean | 4.00 | 6.00 | $24.00 |
| Urine Stain Remover | 10.34 | 2.00 | $20.68 |
| Zone Perfect | 15.82 | 4.00 | $63.28 |
| TRAFFIC SLAM GAL. | 11.36 | 6.00 | $68.16 |
| HYDROCIDE GAL | 33.88 | 2.00 | $67.76 |
| Red Zone (2 Parts A&B) (ORM-D) | 7.70 | 6.00 | $46.20 |
| Extraction Upholstery Cleaner | 18.58 | 9.00 | $167.22 |
| Haitian Upholstery Shampoo | 18.67 | 8.00 | $149.36 |
| POWDERED HAITIAN COTTON | 16.50 | 8.00 | $132.00 |
| All Fiber Textil Rinse | 10.65 | 3.00 | $31.95 |
| Citric Acid Powder 6 Lbs | 25.90 | 1.00 | $25.90 |
| Color Fast For Rugs | 21.58 | 4.00 | $86.32 |
| Energizer | 7.93 | 1.00 | $7.93 |
| Carpet and Upholstery Shampoo Green | 13.58 | 4.00 | $54.32 |
| Enz-all | 16.83 | 1.00 | $16.83 |
| Fast Drying Upholstery Shampoo | 12.6725 | 2.00 | $25.35 |
| Formula 321 | 17.75 | 1.00 | $17.75 |
| high heat 6.5 | 17.13 | 4.00 | $68.52 |
| Leather Cleaner and conditioner | 11.3325 | 2.00 | $22.67 |
| Liquid One Clean | 15.085 | 3.00 | $45.26 |
| Oriental Rug | 14.03 | 4.00 | $56.12 |
| Professional Spot Lifter | 5.00 | 2.00 | $10.00 |
| Heavy Duty Soil Lifter | 17.2075 | 3.00 | $51.62 |
| DFC Carpet Cleaner / Rinse 105.. | 7.48 | 2.00 | $14.96 |
| DFC Heavy Duty Cleaner/ Degreaser | 8.05 | 3.00 | $24.15 |
| DFC210 POWDERED PRE-SPRAY.. | 14.998 | 1.00 | $15.00 |

# Cleaning Solutions
## Inventory List

| Description | Cost | Quantity On Hand | Value |
|---|---:|---:|---:|
| Chewing Gum Remover | 12.985 | 2.00 | $25.97 |
| MINT FRESH DEODORIZER water based | 4.187 | 3.00 | $12.56 |
| ORANGE DEODORIZER water based | 4.187 | 2.00 | $8.37 |
| SPRING FRESH DEODORIZER water based | 4.187 | 2.00 | $8.37 |
| Brown Out | 2.12 | 4.00 | $8.48 |
| D-Foam | 5.30 | 8.00 | $42.40 |
| Fast Lane traffic lane cleaner | 4.505 | 8.00 | $36.04 |
| High Power Degreaser | 3.869 | 12.00 | $46.43 |
| Neutra Clean | 4.25 | 4.00 | $17.00 |
| Rust Away | 3.71 | 32.00 | $118.72 |
| Stripper non ammoniated | 6.975 | 4.00 | $27.90 |
| Laundry Detergent liquid all temperature 1/4 Cu | 7.70 | 2.00 | $15.40 |
| Mop and Buff | 8.63 | 4.00 | $34.52 |
| Grandi Brush black bristles | 13.35 | 20.00 | $267.00 |
| Powr-Liquid Extraction Cleaner | 5.90 | 4.00 | $23.60 |
| Powr-Burst Heavy Duty Powder | 15.5975 | 2.00 | $31.20 |
| Odor Ban | 9.36 | 6.00 | $56.16 |
| Pro-Smoke | 9.20 | 4.00 | $36.80 |
| Rinse-off rinsing agent | 5.84 | 9.00 | $52.56 |
| Prochoice 2000..Sanitizing Cleaner | 5.34 | 2.00 | $10.68 |
| Carpet Dye Taupe | 12.925 | 4.00 | $51.70 |
| Marbleous Sealer & Finish | 13.93 | 3.00 | $41.79 |
| Sheen C-40 Sealer | 73.80 | 1.00 | $73.80 |
| Foam Brite | 2.32 | 12.00 | $27.84 |
| Pre-Multion Upholstery Cleaner | 6.44 | 6.00 | $38.64 |
| Marble Clean | 5.94 | 14.00 | $83.16 |
| Mighty Clean Pot & Pan Detergent | 20.60 | 1.00 | $20.60 |
| Line Fresh Laundry Detergent | 6.09 | 2.00 | $12.18 |
| Derma Guard | 7.24 | 2.00 | $14.48 |
| Oil Based Stainless Steel Cleaner | 2.87 | 12.00 | $34.44 |
| Sleek Furniture Cleaner | 2.42 | 8.00 | $19.36 |
| Speed Strip | 5.4025 | 11.00 | $59.43 |
| Citra Clear Quart | 5.90 | 24.00 | $141.60 |
| Speed Seal | 5.70 | 4.00 | $22.80 |
| Spray Buff Snap Bck | 4.23 | 16.00 | $67.68 |
| Spray Buff Snap Bck | 1.5625 | 24.00 | $37.50 |
| Bleach Neutralizer | 16.0965 | 8.00 | $128.77 |
| Professional Spotter Kit | 50.27 | 1.00 | $50.27 |
| Hand Soap/ Dish Detergent | 64.21 | 1.00 | $64.21 |
| Rose Odor Destroyer | 19.4375 | 1.00 | $19.44 |
| Stone Impregnator 407 | 37.915 | 1.00 | $37.92 |
| Carpet Dye Beige | 15.52 | 2.00 | $31.04 |
| Carpet Dye Golden Brown | 15.52 | 2.00 | $31.04 |
| Carpet Dye Dark Brown | 15.52 | 5.00 | $77.60 |
| Carpet Dye Gray | 13.44 | 7.00 | $94.08 |
| Carpet Dye Black | 12.925 | 2.00 | $25.85 |
| Carpet Dye BEIGE 2.5 Lbs | 38.80 | 1.00 | $38.80 |
| Linx 22% Urethane Fortified Finish | 10.17 | 4.00 | $40.68 |
| Bronco Gal | 10.32 | 6.00 | $61.92 |
| Non Acid Bathroom Cleaner | 1.345 | 4.00 | $5.38 |
| SP-411 Soap Scum, rust lime remover | 2.17 | 15.00 | $32.55 |

# Cleaning Solutions
## Inventory List

| Description | Cost | Quantity On Hand | Value |
|---|---|---|---|
| Glistein Auto Wash and Wax | 5.3909 | 2.00 | $10.78 |
| Tire Beaty Exterior Rubber and Tire Dressing | 3.7419 | 4.00 | $14.97 |
| hudson - constructo | 20.00 | 3.00 | $60.00 |
| Hudson Control VLV | 6.75 | 2.00 | $13.50 |
| Hudson Sprayer 1 gallon 90111 | 23.18 | 3.00 | $69.54 |
| Hudson 2 gallon super sprayer 90162 | 24.00 | 4.00 | $96.00 |
| Hudson Sprayer 3 gallon 90183 | 36.23 | 2.00 | $72.46 |
| 511CST | 59.06 | 1.00 | $59.06 |
| mira clean | 11.25 | 8.00 | $90.00 |
| mira soap | 12.60 | 4.00 | $50.40 |
| Citric Acid | 10.2542 | 2.00 | $20.51 |
| All Fiber Deep Clean | 13.92 | 5.00 | $69.60 |
| Clean Green | 16.70 | 2.00 | $33.40 |
| Procaps Encapsulation | 18.7005 | 2.00 | $37.40 |
| Fourguard Upholstry Protector | 5.00 | 1.00 | $5.00 |
| Powedered Defomer Concentrate | 12.47 | 2.00 | $24.94 |
| All Fiber Rinse | 9.2175 | 4.00 | $36.87 |
| Pro Spotter PT | 5.6967 | 4.00 | $22.79 |
| Red Rescue | 13.5067 | 4.00 | $54.03 |
| AXIOM CLEAN PRE-SPRAY | 18.695 | 3.00 | $56.09 |
| Upholstery pre-spray | 20.6225 | 3.00 | $61.87 |
| Yellow RX | 9.645 | 2.00 | $19.29 |
| AXIOM CLEAN EXT. DETERGENT | 19.465 | 2.00 | $38.93 |
| AXIOM CLEAN FOAM SHAMPOO | 13.92 | 2.00 | $27.84 |
| FIBER BUFF | 10.915 | 2.00 | $21.83 |
| FINE FABRIC COTTON DETERGENT | 14.2175 | 4.00 | $56.87 |
| Water Based Grout Sealer | 48.5575 | 2.00 | $97.12 |
| Fine Fabric Cotton Shampoo ( HAITIAN.. | 15.69 | 4.00 | $62.76 |
| SOLV INK SPOT REMOVER | 7.8191 | 4.00 | $31.28 |
| Fine Fabric Prespray | 15.1625 | 2.00 | $30.33 |
| Urine Rescue Stain Remover | 12.715 | 4.00 | $50.86 |
| Odorcide 210 Dumpster abd Chute 16oz | 6.95 | 4.00 | $27.80 |
| Odorcide 210 Fire and Flood 16oz | 6.95 | 3.00 | $20.85 |
| Odorcide 210 Fire and Flood | 33.00 | 2.00 | $66.00 |
| Plunger Sprayer f/8oz | 0.21 | 150.00 | $31.50 |
| Handi Hold Poly Bottle 32 oz Natural | 0.48 | 253.00 | $121.44 |
| plastic spray trigger gray | 0.88 | 126.00 | $110.88 |
| 1 Gallon container with handle | 1.48 | 125.00 | $185.00 |
| Flexidome closure | 0.06 | 160.00 | $9.60 |
| 8oz Spotting Bottle | 0.38 | 32.00 | $12.16 |
| Shur-fill 5 Gallon | 10.64 | 8.00 | $85.12 |
| 2 1/2 Gal Shur-Fill jug with faucet | 8.49 | 4.00 | $33.96 |
| Problend Bottle Proportioner Gallon | 1.60 | 18.00 | $28.80 |
| Problend Bottle Proportioner Quart | 1.48 | 38.00 | $56.24 |
| Maid Basket w/divider | 7.474 | 12.00 | $89.69 |
| Thermo 2000 | 32.9975 | 2.00 | $66.00 |
| Urinse Pre-Spotter GAL | 11.045 | 8.00 | $88.36 |
| Microban Clean Carpet Sanitizer | 32.048 | 1.00 | $32.05 |
| Microban Clean Carpet Sanitizer Pre-Spray | 6.08 | 1.00 | $6.08 |
| | | Total | $8,063.06 |